

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00870-CV

**IN RE P.M.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

Delivered and Filed: February 26, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On December 17, 2019, relator filed a petition for writ of mandamus, to which the real party in interest later responded. After considering the petition, the response, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019PA02194, styled *In the Interest of J.M., a Minor Child*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.